ATTORNEY GRIEVANCE COMMISSION    *    IN THE

OF MARYLAND    *    COURT OF APPEALS

   *    OF MARYLAND

       Petitioner    *

   *    Misc. Docket AG

v.    *    No. 0019

   *    September Term, 2018

BRANDI SHANEE NAVE    *

   *

       Respondent    *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>ORDER</u>

WHEREAS, this matter came before the Court upon Bar Counsel's filing of a Petition for

Disciplinary or Remedial Action pursuant to Maryland Rules 19-737(b) and 19-721(a)(2); and

WHEREAS, this Court, pursuant to Rule 19-737(d), issued an Order dated February 22,

2019, suspending Brandi Shanee Nave, Respondent, from the practice of law in Maryland,

effective immediately, pending further order of this Court; and

WHEREAS, this Court has considered Bar Counsel's and Respondent's written responses

to the Court's Show Cause Order dated February 22, 2019;

NOW THEREFORE, it is this _29th_ day of _____March_____, 2019,

ORDERED, by the Court of Appeals of Maryland, that Brandi Shanee Nave, Respondent,

is hereby indefinitely suspended from the practice of law in Maryland; and it is further

ORDERED, that Respondent shall not be eligible to petition for reinstatement in Maryland

until she is unconditionally reinstated to the District of Columbia Bar; and it is further

ORDERED, that the Clerk of this Court shall issue notice of this final disposition in

accordance with Maryland Rule 19-761(b).

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Mary Ellen Barbera

Chief Judge

Suzanne C. Johnson, Clerk